_AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

USA

V.

JOY HILEMAN

**EXHIBIT AND WITNESS LIST**

Case Number: 2:19-CR-87-1

| PRESIDING JUDGE<br>CLIFTON CORKER | PLAINTIFF'S ATTORNEY<br>ROBERT REEVES | DEFENDANT'S ATTORNEY<br>DOUGLAS PAYNE |
|---|---|---|
| TRIAL DATE (S)<br>JULY 23, 2019 | COURT REPORTER<br>DCR | COURTROOM DEPUTY<br>KIM OTTINGER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 7/23/19 |  |  |  |
| 1 |  |  | X | X | PRETRIAL SERVICE REPORT (SEALED) |
|  | W |  |  |  | STEVE HILEMAN |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages